UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOLOMON ADU-BENIAKO,

    Plaintiff,

v.

Case No. 20-cv-12402
Hon. Matthew F. Leitman

PATRICK REIMANN, *et al.*,

    Defendants.

_____/

## **JUDGMENT**

The above-entitled action came before the Court on Plaintiff's Complaint. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 22, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 22, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764